# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ArcelorMittal Atlantique et Lorraine    v.    AK Steel Corporation

No. 17-1637

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: ArcelorMittal and ArcelorMittal Atlantique et Lorraine
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
- ☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Hugh A. Abrams |
| Law Firm: | Shook, Hardy & Bacon L.L.P. |
| Address: | 111 S. Wacker Drive, Suite 5100 |
| City, State and Zip: | Chicago, IL 60606 |
| Telephone: | 312-704-7700 |
| Fax #: | 312-558-1195 |
| E-mail address: | habrams@shb.com |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/31/1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  2/23/17    Signature of pro se or counsel  /s/ Hugh A. Abrams

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    February 27, 2017    by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Hugh A. Abrams | /s/ Hugh A. Abrams |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Shook, Hardy & Bacon L.L.P. |
| Address | 111 S. Wacker Drive, Suite 5100 |
| City, State, Zip | Chicago, IL 60606 |
| Telephone Number | 312-704-7700 |
| Fax Number | 312-558-1195 |
| E-Mail Address | habrams@shb.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields