# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ArcelorMittal Atlantique et Lorraine  v.  AK Steel Corporation

No. 17-1637

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: ArcelorMittal and ArcelorMittal Atlantique et Lorraine
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
- ☒ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant  ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jeffrey B. Bove |
| Law Firm: | RatnerPrestia |
| Address: | 1007 Orange Street, Suite 205 |
| City, State and Zip: | Wilmington, DE  19801 |
| Telephone: | (302) 778-2500 |
| Fax #: | (302) 778-2600 |
| E-mail address: | jbove@ratnerprestia.com |

Statement to be completed by counsel only (select one):
- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/3/1983

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date _____  Signature of pro se or counsel _____

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  February 27, 2017  by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Jeffrey B. Bove | /s/ Jeffrey B. Bove |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | RatnerPrestia |
| Address | 1007 Orange Street, Suite 205 |
| City, State, Zip | Wilmington, DE  19801 |
| Telephone Number | 302-778-2500 |
| Fax Number | 302-778-2600 |
| E-Mail Address | jbove@ratnerprestia.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields