No. 17-1637

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

ARCELORMITTAL and
ARCELORMITTAL ATLANTIQUE ET LORRAINE

*Plaintiffs-Appellants*,

v.

AK STEEL CORPORATION,

*Defendants-Appellees*.

Appeal from the United States District Court for the District of Delaware
in Case No. 13-cv-00685, Judge Sue L. Robinson

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE
APPELLANTS' PRINCIPAL BRIEF**

Constantine L. Trela, Jr.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Jeffrey B. Bove
RATNERPRESTIA
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

Hugh A. Abrams
Andrew M. Meerkins
SHOOK, HARDY &
BACON, LLP
111 South Wacker Dr.
Chicago, IL 60606
(312) 704-7700

*Counsel for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellants ArcelorMittal and ArcelorMittal Atlantique et Lorraine ("Appellants") move for a 30-day extension of time to file their principal brief. Appellant's brief is currently due on April 17, 2017. If Appellants' motion is granted, the deadline will be May 17, 2017. In support of this motion, Appellants state as follows:

1.      Counsel for Appellants have conferred with counsel for AK Steel Corporation, who has indicated that AK Steel does not oppose the requested extension of time.

2.      Constantine L. Trela, Jr. is one of the principal drafters of Appellants brief in this Court. As detailed in Mr. Trela's attached declaration, his other commitments limit his ability to devote the necessary time to the preparation of Appellants' brief.

3.      This is Appellants' first request for an extension of time.

Dated:  March 27, 2017                    Respectfully submitted,

                                          */s/ Hugh A Abrams*
                                          Hugh A. Abrams
                                          Andrew M. Meerkins
                                          **Shook, Hardy & Bacon L.L.P.**
                                          111 S. Wacker Drive, Suite 5100
                                          Chicago, IL  60606
                                          (312) 704-7700

3920304

Jeffrey B. Bove
**RatnerPrestia**
1007 North Orange Street, Suite 205
P. O. Box 2207
Wilmington, DE 19801
(302) 778-2500

Constantine L. Trela, Jr.
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

*Counsel for Plaintiffs-Appellants ArcelorMittal*
*and ArcelorMittal Atlantique et Lorraine*

3

## <u>DECLARATION OF CONSTANTINE L. TRELA, JR.</u>

CONSTANTINE L. TRELA, JR., declares:

1.     I am counsel for appellants ArcelorMittal and ArcelorMittal Atlantique et Lorraine in *ArcelorMittal v. AK Steel Corp.,* No. 17-1637, pending in this Court.  I am responsible for the preparation and submission of appellants' opening brief in this appeal.

2.     I make this Declaration in support of appellants' unopposed motion for a 30-day extension of time to file their opening brief, from April 17, 2017 to May 17, 2017.  The extension is needed for the following reasons.

3.     This appeal was docketed in this Court on February 15, 2017. Appellants' opening brief is therefore currently due on April 17, 2017.

4.     Prior commitments have limited and will continue to limit my ability to devote the necessary time to preparation of appellants' opening brief.  These commitments include:  I am counsel for petitioners Capitol Records, LLC *et al*. in *Capitol Records, LLC v. Vimeo, LLC*, No. 16-771 (U.S. S. Ct.), and was responsible for filing their reply brief in support of petition for *certiorari* on March 7, 2017; I am counsel for appellant AT&T Intellectual Property II, LP in *In re AT&T Intellectual Property II, LP*, No. 16-1830 (Fed. Cir.), and presented oral argument on AT&T's behalf on March 9, 2017; I am counsel for appellant Owens Corning in *Owens Corning v. Fast Felt Corp*., No. 16-2613 (Fed. Cir.), and was

responsible for filing appellant's reply brief on March 15, 2017; I am counsel for respondent Lexmark International in *Impression Products, Inc. v. Lexmark Int'l, Inc.*, No. 15-1189, in the U.S. Supreme Court and presented the oral argument on Lexmark's behalf on March 21, 2017; and I am counsel for appellant Microsoft Corporation in *Microsoft Corporation v. Biscotti, Inc*., Nos. 2016-2080, -2082, -2083 (cons.) (Fed. Cir.), and will present oral argument on Microsoft's behalf on April 3, 2017.

5.    Counsel for appellee AK Steel has indicated that AK Steel does not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2017

*/s/ Constantine L. Trela, Jr.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ArcelorMittal et al.                     **v.**                     AK Steel Corporation

Case No. _____ 17-1637 _____

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee)☐ (amicus)☐ (name of party)

ArcelorMittal and ArcelorMittal Atlantique et Lorraine

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| ArcelorMittal | None | None |
| ArcelorMittal Atlantique et Lorraine | None | ArcelorMittal |
| | | |
| | | |
| | | |
| | | |
| | | |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

See attached.

Mar 27, 2017                                             /s/ Hugh A. Abrams

_____                    _____
Date                                                           Signature of counsel

Please Note: All questions must be answered          Hugh A. Abrams

                                                                 _____
                                                                 Printed name of counsel

cc: _____

Reset Fields

**Law firms, partners, and associates that appeared/will appear for the party:**

Shook, Hardy & Bacon LLP (Hugh A. Abrams, Andrew M. Meerkins)

RatnerPrestia (Jeffrey B. Bove)

Sidley Austin LLP (Constantine L. Trela, David T. Pritikin, Bryan C. Mulder,

Linda R. Friedlieb)

Barnes & Thornburg LLP (Chad S.C. Stover)

Jones Day (Benjamin Michael Flowers)

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, the foregoing was filed with the Court using the Court's electronic case filing system, which will send notification to all registered users.

/s/ Hugh A. Abrams ____

Hugh A. Abrams
Shook, Hardy & Bacon LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606

*Counsel for Plaintiffs-Appellants ArcelorMittal and ArcelorMittal Atlantique et Lorraine*

3920304